July 5, 2005

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-5696
Fax: (412) 565-3019

Clerk's Office
U.S. District Court for the
 Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

Re:   McCole v. Pennsylvania Board of Probation and Parole
        Civil Action No.  04-261 Erie

Dear Sir/Madam:

Please file the enclosed Withdrawal/Entry of Appearance in the above-captioned case.

Thank you.

Sincerely yours,

Rodney M. Torbic
Senior Deputy Attorney General

RMT/pm
Enclosure

cc:  Michael McCole, AS-0521

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Withdrawal/Entry of

Appearance was served upon the following individuals via first-class mail on July 5, 2005:


Michael McCole, AS-0521
State Correctional Institution
  at Frackville
1111 Altamont Blvd.
Frackville, PA 17931-2699




By:    /s/ Rodney M. Torbic
       Rodney M. Torbic
       Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA    15219

Date:  July 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL McCOLE,                          )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )    Civil Action No. 04-261 Erie
                                         )
PENNSYLVANIA BOARD OF                    )
PROBATION AND PAROLE,                    )
                                         )
                    Defendant.           )

## WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney

General, and enter my appearance Rodney M. Torbic, Senior Deputy Attorney General on behalf

of The Pennsylvania Board of Probation and Parole in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**


By:     /s/ Rodney M. Torbic
        Rodney M. Torbic
        Senior Deputy Attorney General
        Attorney I.D. No. 66089

        Susan J. Forney
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  July 5, 2005