IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael McCole,                          :

   Petitioner,                           :


    versus                             :    CA No. 04-261E

                             :

PA Board of Probation                    :

and Parole,                              :

   Respondents                           :


## ORDER


And Now, to-with this _____ day of _____, 2005, after due consideration of Petitioner's Motion to Amend Petition For Writ of Habeas Corpus, Brief in Support and Proposed Amendment, it is HEREBY ORDCERED, ADJUDGED AND DECREED that said Motion is GRANTED. Petitioner shall file with the Court's Clerk and make proper service of the Amendment upon the Respondents within _____ days of the date of this Order.


                         BY THE COURT


                    _____

                                                J