IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


MICHAEL McCOLE                              )
                Petitioner,                    )
                                   )
   vs                                        )        C.A. No. 04-261 Erie
                                   )
PA BD OF PROBATION & PAROLE,                )
                Respondent.                    )


O R D E R


AND NOW, this 30TH day of September, 2005,

IT IS HEREBY ORDERED that Petitioner's motion for the Court to obtain a legal
mail control number [Document # 13] is DENIED.  In the event that Petitioner needs additional
time in which to file pleadings due to slow mail delivery, he may make a motion for the
extension of time.


S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge