9/21/05

Michael Mc Cole
AS-0521   CC-28
1111 Altamont Blvd.
Frackville, PA 17931-2699

The Honorable Judge Susan Paradise Baxter
U.S. District court for Western PA
17 south Park Row
Room A 280
Erie, PA 16501

**SCANNED**

Re:  Case No. 04-261  Erie.   Exhibits for petition filed on 9/15/05 to be added to that petition
the "Traverse to Respondents Answer to Petition for Writ of Habeas Corpus"

Dear Judge:
Let me first wish you optimum health, the utmost happiness, and continued success in all of your endeavors throughout your life.
Enclosed please find Exhibits to be attached to my "Traverse to Respondents Answer to Petition for Writ of Habeas Corpus" which was filed on 9/15/05. I wish to have these copies attached to this petition as they may be used to verify my allegations as set forth in the petition filed with the Court previously.
I would also like to take this time to thank you for placing these exhibits at the back of my petition and all of your assistance with the previously filed motions.

Have a wonderful Day,

Michael Mc Cole pro se