IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL McCOLE ) | |
|     Petitioner, ) | |
| ) | |
| vs ) | C.A. No. 04-261 Erie |
| ) | |
| PA BD OF PROBATION & PAROLE, ) | |
|     Respondent. ) | |

O R D E R

AND NOW, this 30TH day of November, 2005,

IT IS HEREBY ORDERED that Petitioner's motion to amend the petition [Document # 22] is GRANTED. Petitioner may file an amended petition before December 29, 2005. No further amendments will be permitted.

IT IS FURTHER ORDERED that Respondent shall file a response to the amended petition by February 1, 2006.

                                            S/ Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief United States Magistrate Judge