IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL McCOLE,
    Petitioner,

vs.                        04-cv-00261

PENNSYLVANIA BOARD OF        **Chief Mag. Judge Baxter**
PROBATION AND PAROLE,
    Respondent.

### ORDER

AND NOW to-wit this _____ day of _____, 2006, after due consideration of Petitioner's Motion to Let Stand the Former Amendment to Petition For Writ of Habeas Corpus it is hereby ORDERED that said motion is GRANTED.

BY THE COURT

_____