IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MCCOLE,** | : |
| Petitioner, | : |
| v. | : Civil Action No. 04-261 |
| | : Judge Sean J. McLaughlin |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.,** | : |
| Respondents. | : |

## NOTICE OF APPEARANCE

AND NOW, comes the respondents, Pennsylvania Board of Probation and Parole and the Attorney General of Pennsylvania, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

1. Please enter the appearance of Mary Lynch Friedline, Senior Deputy Attorney General, for respondents, Pennsylvania Board of Probation and Parole and the Attorney General of the Commonwealth of Pennsylvania in the above captioned case.

Respectfully submitted:

Thomas W. Corbett, Jr.
Attorney General

By:   /s/ Mary Lynch Friedline
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General
Attorney I.D. No. 47046
Susan J. Forney
Chief Deputy Attorney General
Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Michael McCole, AS-0521
SCI-Frackville
1111 Altamont Boulevard
Frackville, Pennsylvania 17931

By:  /s/ Mary Lynch Friedline
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219