IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MCCOLE,** | : |
| Petitioner, | : |
| v. | : Civil Action No. 04-261 |
| | : Judge Sean J. McLaughlin |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.,** | : |
| Respondents. | : |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, come the respondents, Pennsylvania Board of Probation and Parole and the Attorney General of Pennsylvania, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1. Please withdraw the appearance of Rodney M. Torbic, Senior Deputy Attorney General in the above-captioned case.

                          Respectfully submitted:

                          Thomas W. Corbett, Jr.
                          Attorney General

By:   /s/ Mary Lynch Friedline_____
        MARY LYNCH FRIEDLINE
        Senior Deputy Attorney General
        Attorney I.D. No. 47046
        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing *Motion to Withdraw Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Michael McCole, AS-0521
SCI-Frackville
1111 Altamont Boulevard
Frackville, Pennsylvania  17931

By: /s/ Mary Lynch Friedline
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219