IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MCCOLE,** | : |
| Petitioner, | : |
| v. | : Civil Action No. 04-261 |
| | : Judge Sean J. McLaughlin |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.,** | : |
| Respondents. | : |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing motion, it is hereby ORDERED that the withdrawal of appearance of Rodney M. Torbic, Senior Deputy Attorney General, in the above-captioned case is GRANTED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN
United States District Court
Western District of Pennsylvania