IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael McCole,
    Petitioner,

vs.

District Court Docket
04 cv 261
(Mag. Jud. Baxter)
(Judge McLaughlin)

Pennsylvania Board of Probation
& Parole,
    Respondent.

## ORDER

And Now, to-wit this _____ day of _____, 2006, after due consideration of Petitioner's Motion for Extension of Time within which to file Objections to the Magistrate Judge's Report and Recommendation, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED. Petitioner's Objections are to be filed with this Court's clerk and served on opposing party's counsel of record on or before the _____ day of _____, 2006.

_____
BY THE COURT