## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael McCole,
            Petitioner,

        vs.

                                        District Court Docket
                                        04 cv 261
                                         (Mag. Jud. Baxter)
                                         (Judge McLaughlin)

Pennsylvania Board of Probation
& Parole,
            Respondent.

### ORDER

And Now, to-wit this _____ 1st _____ day of _March_____,

2006, after due consideration of Petitioner's Motion for Extension

of Time within which to file Objections to the Magistrate Judge's

Report and Recommendation, it is hereby ORDERED,

ADJUDGED and DECREED that said motion is GRANTED.

Petitioner's Objections are to be filed with this Court's clerk and

served on opposing party's counsel of record on or before  the

_14th_____ day of _March_____, 2006.

                                        _____

                                        BY THE COURT