IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael Mc Cole
    Petitioner,      :

v.                 Civil Action No. 04-261E

              :   Judge Mc Laughlin

PA Board of Probation and Parole,    Magistrate Judge Baxter

Supt. Grace,            :

    Respondents.      :

(Filed stamp: '06 MAR 10 P1:09 CLERK U.S. DISTRICT COURT)

REQUEST FOR STAY TO APPEAL UNDER
FED.R. CIV.P. 62 & F.R.A.P. 8

  NOW COMES, Appellant Michael Mc Cole, requesting a stay to appeal the judgement entered on February 24th, 2006 due to the Court granting and "Extension to File objections to Magistrate's Report & Recommendation **after** the Court granted the Magistrates Report & Recommendation.

                   Respectfully Submitted,

                   *Michael Mc Cole* (signature)

Dated: 3/07/06             Michael Mc Cole
                   AS-0521 AC-28

CC: File