IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael Mc Cole

        Petitioner,                    :

v.                                                      Civil Action No. 04-261E

                                                            :        Judge Mc Laughlin

PA Board of Probation and Parole,                Magistrate Judge Baxter

Supt. Grace,

        Respondents.                    :

NOTICE OF APPEAL

    Notice is hereby given that the appellant, hereby appeals to the United States Court of Appeals for the Third Circuit from the order denying appellant's "Petition for Writ of Habeas Corpus" entered in this action on February 24th 2006.

Date: 3/07/06

                                                                                     Respectfully Submitted,

                                                                                     Michael Mc Cole

                                                                                     AS-0521   AC-28

FILED

'06 MAR 10 P1:09

CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Michael Mc Cole                             :
        Petitioner,                      :
v.                                          :       Civil Action No. 04-261E
                                            :        Judge Mc Laughlin
PA Board of Probation and Parole,           :       Magistrate Judge Baxter
Supt. Grace,                                :
        Respondents.                     :

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the opposing party;'s counsel of record in the manner and date listed below:

Service by prepaid first class mail addressed to:

Ms. Mary Lynch Friedline Senior A.G.

6th Floor Manor Complex

564 Forbes Ave.

Pitt., PA 15219

Dated: 3/07/06

Respectfully,

*Michael McCole*

Michael Mc Cole

AS-0521   AC-28

                    3/07/06

Michael Mc Cole
AS-0521   AC-28
1111 Altamont Blvd.
Frackville, PA 17931-2699

The Honorable Judge Sean J. Mc Laughlin
U.S. District Court Judge
US District Court for Western PA
17 South Park Row/Room A 250
Erie, PA 16501

    RE:   Motion for Stay, Notice of Appeal w/service

To The Honorable Judge Mc Laughlin:

    Enclosed please find a "Motion to Stay filed" with a "Notice of Appeal". These filings are made as this petitioner has received conflicting orders

    1. A Memorandum & Order Feb.24,2006 Dismissing Habeas Corpus, and then

    2. an Order Granting Motion for Extension of Time to File Objections to Magistrate's R & R.

                                    Respectfully,

                                    Michael Mc Cole

cc:   file                         AS-0521   AC-28

Michael Mc Cole
AS-0521   AC-28
1111 Altamont Blvd.
Frackville, PA 17931-2699

INMATE MAIL
PA DEPT
OF CORRECTIONS



HASLER
$0.39
MAR 08 2006
US POSTAGE
FIRST CLASS
MAILED FROM 17932
011A0413004017

**RECEIVED**

MAR 1 0 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The Honorable Judge Sean J. Mc Laughlin
U.S. District Court Judge
US District Court for Western PA
17 South Park Row/Room A 250
Erie, PA 16501