FPS-226                                                                                  DATE: March 28, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 06-1854</u>

McCole v. PA Bd Probation
(D.C. No. 04-cv-0261E)

To:  Clerk

1)  Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

    The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

                                                                                For the Court,

                                                                                /s/Marcia M. Waldron
                                                                                Clerk

Dated:  March 30, 2006

lwc/cc:   Mr. Michael McCole
          Mary L. Friedline, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk