DPS-310                                             August 24, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-1854**

MICHAEL MCCOLE

     VS.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL.

     (W.D. PA. CIV. NO. 04-CV-00261E)

Present:  FUENTES, VAN ANTWERPEN AND CHAGARES, <u>CIRCUIT JUDGES</u>

        Submitted are:

        (1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

        (2)    Appellant's Motion for stay of District Court order pending appeal; and

        (3)    Appellant's motions to take judicial notice

        in the above-captioned case.

                      Respectfully,

                      Clerk

MMW/JTD/nf/lwc

_____ORDER_____

**The foregoing** stay motion is construed as a request for remand to the District Court and leave to file objections to the Magistrate Judge's Report and Recommendation.  This request for remand to file objections is granted.  We will retain jurisdiction over this appeal during remand, and hereby stay proceedings on appellant's application for a certificate of appealability and motions to take judicial notice.  After the District Court rules on appellant's objections as promptly as its docket permits, we will proceed with our consideration of appellant's application for a certificate of appealability and motions,

if necessary.

By the Court,

/s/ *Franklin S. Van Antwerpen*
Circuit Judge

Dated:  September 6, 2006

lwc/cc:  Mr. Michael McCole
         Mary L. Friedline, Esq.
         Kemal A. Mericli, Esq.
         Honorable Sean J. McLaughlin
         Clerk, Western District Court of Pennsylvania



A True Copy

Marcia M. Waldron, Clerk