IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL McCOLE ) | |
|     Petitioner, ) | |
| ) | |
| vs ) | C.A. No. 04-261 Erie |
| ) | |
| PA BD OF PROBATION & PAROLE, ) | |
|     Respondent. ) | |

<u>O R D E R</u>

AND NOW, this 6th day of September, 2006,

IT IS HEREBY ORDERED that this case shall be re-opened.

IT IS FURTHER ORDERED that Petitioner may file Objections to the Magistrate Judge's Report and Recommendation before September 21, 2006.

<u>S/ Sean J. McLaughlin</u>
Sean J. McLaughlin
United States District Judge