Michael McCole
AS-0521 AC-28
111 Altamont Blvd.
Frackville, PA 17931-2699

U.S. District Court for Western PA.
Clerk of Courts
P.O. Box 1820
Erie, PA 16507

RECEIVED
SEP 18 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA